**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MARGARITA VAN BUREN,

Plaintiff,

vs.                                          Case No.: 10-23264-CIV-UNGARO

GC SERVICES LIMITED PARTNERSHIP

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, MARGARITA VAN BUREN, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.


Dated: November 29, 2010                    Respectfully submitted,

                                            /s Andrew I. Glenn
                                            Andrew I. Glenn
                                            E-mail:  Andrew@cardandglenn.com
                                            Florida Bar No. 577261
                                            J. Dennis Card, Jr.
                                            E-mail:  Dennis@cardandglenn.com
                                            Florida Bar No. 0487473
                                            Card & Glenn, P.A.
                                            2501 Hollywood Boulevard, Suite 100
                                            Hollywood, Florida 33020
                                            Telephone:  (954) 921-9994
                                            Facsimile:  (954) 921-9553
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

Barbara Fernandez, Esq.
Email: bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Blvd., Suite1600
Miami, FL 33156-2741
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Attorney for Defendant
Served via CM/ECF