UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23264-CIV-UNGARO

MARGARITA VAN BUREN, *et al.*,

    Plaintiff,

v.

GC SERVICES LIMITED,

    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT is fully advised in the premises.   Accordingly, it is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of November, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record