**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MARGARITA VAN BUREN,

Plaintiff,

vs.                                               Case No.: 10-23264-CIV-UNGARO

GC SERVICES LIMITED PARTNERSHIP

Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

     Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with

prejudice.


Dated: December 13, 2010                    Respectfully submitted,


s/ Andrew I. Glenn_____          s/ Barbara Fernandez_____
Andrew I. Glenn                              Barbara Fernandez, Esq.
E-mail: Andrew@cardandglenn.com              Florida Bar No. 493767
Florida Bar No. 577261                       Email: bfernandez@hinshawlaw.com
J. Dennis Card, Jr.                          Hinshaw & Culbertson LLP
E-mail: Dennis@cardandglenn.com              9155 S. Dadeland Blvd., Suite1600
Florida Bar No. 0487473                      Miami, FL 33156-2741
Card & Glenn, P.A.                           Telephone: (305) 358-7747
2501 Hollywood Boulevard, Suite 100          Facsimile: (305) 577-1063
Hollywood, Florida 33020                     Attorney for Defendant
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 13, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.


/s Andrew I. Glenn____
Andrew I. Glenn


## <u>SERVICE LIST</u>

Barbara Fernandez, Esq.
Email: bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Blvd., Suite1600
Miami, FL 33156-2741
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Attorney for Defendant
Served via CM/ECF